UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL BELL                                                  CIVIL ACTION

VERSUS                                                        NO. 13-6265-SM-SS

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that:

1. The motion of plaintiff, Michael Bell ("Bell"), for summary judgment (Rec. doc. 12) is GRANTED in PART and DENIED in PART; (2) the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Commissioner"), for summary judgment (Rec. doc. 13) is DENIED; and (3) pursuant to 42 U.S.C. § 405(g), the matter is remanded.

2. The ALJ is required to issue subpoenas for all records pertaining to Michael Bell from the St. Tammany Parish school system or any other custodian of Bell's school records; Bell's counsel is required to provide the ALJ with the form of the subpoenas and the persons upon whom the subpoenas shall be served; and the ALJ is required to file in the record the subpoenas and all information received in response to them.

3. Without any reference to the erroneous finding that Bell's past relevant work equated to that of a boat pilot, the ALJ shall reconsider: (a) the determination of the residual functional

capacity; (b) the issue of inclusion of non-exertional limitations in the residual functional capacity and the need for expert vocational testimony; (c) the weight to be given the opinions of Drs. Witt, Kidder and Mandich; and (d) and the finding that Bell was not under a disability, as defined in the Act, from July 1, 2009, through the date last insured, December 31, 2011.

    4.      Commissioner assign this matter to another ALJ on remand.

**New Orleans, Louisiana, this 29th day of December, 2014.**

                                      _____
                                      **UNITED STATES DISTRICT JUDGE**